# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**OLMAN GOMEZ**                                            **CIVIL ACTION**

**VERSUS**                                                        **No. 16-11156**

**CITYSIDE PROPERTIES, LLC ET AL.**                      **SECTION I**

## ORDER

Considering plaintiffs' unopposed motion[1] to dismiss,

**IT IS ORDERED** that the motion is **GRANTED**. All of plaintiffs' claims against the defendants are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

New Orleans, Louisiana, October 12, 2016.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc No. 16.